UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

LAKESHA NORINGTON, )
)
        Petitioner, )
vs. )
) 1:10-cv-477-SEB-MJD
MARK LEVENHAGEN, )
)
        Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by her petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 04/18/2011

                                                         SARAH EVANS BARKER, JUDGE
                                                         United States District Court
                                                          Southern District of Indiana

Distribution:

Lakesha Norington
DOC #138726
Westville Correctional Center
5501 South 1100 West
Westville, IN 46391

James Blaine Martin
james.martin@atg.in.gov